Honorable Marsha J. Pechman



08-CV-01111-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK CALLIARI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SARGENTO FOODS INC., <br><br> Defendant. | Case No. 08-1111/ <br> Case No. 08-1112 <br><br> ORDER CONSOLIDATING CASES |

This matter comes before the Court on the Order to Show Cause (Dkt. No. 15) requesting the parties explain why cases No. 08-1111MJP and No. 08-1112MJP should not be consolidated. The first case, Calliari v. Sargento Foods, No. 08-1111MJP (W.D.Wash. filed June 23, 2008), arises out of Mr. Calliari's claims against Sargento for the alleged breach of an employment contract. The second case, Calliari, et al. v. Sargento foods, No. 08-1112 (W.D.Wash, filed June 23, 2008), pursues Mr. Calliari's claims as shareholder representative of GCI Investments, Inc. against Sargento for the alleged breach of a stock purchase agreement. Both parties have responded that they do not oppose consolidation.

IT IS ORDERED that the above-entitled actions will be consolidated into a single action under case number C08-1111MJP, entitled Patrick Calliari, individually and as Representative of

ORDER - 1

1  the Former Shareholders of GCI Investments Inc., a Washington corporation v. Sargento Foods
2  Inc.
3     DATED this 21 day of Oct., 2008.

                                        _____
                                        Marsha J. Pechman
                                        United States District Judge

ORDER - 2