The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK CALLIARI, individually and as Representative of the Former Shareholders of GCI INVESTMENTS, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SARGENTO FOODS, INC.,<br><br>        Defendant/Counterclaim Plaintiff,<br><br>    v.<br><br>PATRICK CALLIARI, FLORA DAMASIO, ANTOINE IOANNIDES, ANDREAS IOANNIDES, GAYLE K. GOODRICH, GILLIAN OLSON, RICHARD J. OLSON, and BETTY CROUSE,<br><br>        Counterclaim Defendants. | No. 08-CV-1111 MJP (Consolidated with 2:08-CV-1112MJP)<br><br>ORDER DENYING JOINT MOTION TO MODIFY CASE SCHEDULE |

The Court, having received and reviewed the parties' stipulated order, makes the following findings:

    1. The motion contains no specific facts to establish good cause for a continuance;

ORDER— 1

2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met and does not explain what has been accomplished to date in the instant case.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 11th day of May, 2009.

Marsha J. Pechman
United States District Judge