UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK CALLIARI, individually and as Representative of the Former Shareholders of GCI INVESTMENTS, INC., a Washington corporation,<br><br>                             Plaintiff,<br>v.<br><br>SARGENTO FOODS, INC.,<br><br>               Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>PATRICK CALLIARI, FLORA DAMASIO, ANTOINE IOANNIDES, ANDREAS IOANNIDES, GAYLE K. GOODRICH, GILLIAN OLSON, RICHARD J. OLSON, and BETTY CROUSE,<br><br>               Counterclaim Defendants. | No. 08-CV-1111 MJP (Consolidated with 2:08-CV-1112MJP)<br><br>ORDER DENYING JOINT MOTION TO MODIFY CASE SCHEDULE |

The Court, having received and reviewed the parties' stipulated order, makes the following findings:

ORDER— 1

1. The motion proposes extending the discovery cutoff from July 10, 2009 to September 4, 2009. (Dkt. No. 40 at 4.);

2. To motion does not, however, propose extending the dispositive motions deadline (currently August 10, 2009) or the trial date (currently December 7, 2009). As such, any potential dispositive motions would have to be filed before the close of discovery.

3. If the parties do not intend to bring any dispositive motions, the Court can accept the proposed deadlines. If the parties do intend to bring dispositive motions, the current deadlines appear problematic. Any proposed extension of the dispositive motions deadline should include a coordinate proposed extension of the trial date to allow the Court sufficient time to rule on motions for summary judgment.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 19th day of May, 2009.

Marsha J. Pechman
United States District Judge