Hon. Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK CALLIARI, individually and as Representative of the Former Shareholders of GCI Investments Inc., a Washington corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>SARGENTO FOODS INC.,<br><br>        Defendant/<br>        Counterclaim Plaintiff,<br><br>  v.<br><br>PATRICK C. CALLIARI, FLORA DAMASIO, ANTOINNE IOANNIDES, ANDREAS IOANNIDES, GAYLE K. GOODRICH, GILLIAN OLSON, RICHARD J. OLSON, and BETTY CROUSE,<br><br>        Counterclaim Defendants. | No. 2:08-CV-1111MJP<br>(Consolidated with 2:08-CV-1112MJP)<br><br>DECLARATION OF DAVID LINEHAN IN SUPPORT OF SARGENTO'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE REBUTTABLE PRESUMPTION |

I, DAVID A. LINEHAN, declare under penalty of perjury of the laws of the State of Washington and the United States of America that the following statements are true, correct, and based on personal knowledge:

DECL. OF D. A. LINEHAN IN SUPP. OF SARGENTO'S
MOT. FOR PART. SUMM. J. RE REBUTTABLE
PRESUMPTION (No. 2:08-CV-1111MJP) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1. I am a partner in the law firm of McNaul Ebel Nawrot & Helgren PLLC and am one of the attorneys of record for Sargento in this litigation. If called to testify at trial, I could and would affirm the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant provisions of the Stock Purchase Agreement by and among the former Shareholders of GCI Investments, Inc. the Shareholders' Representative, Patrick Calliari, and Sargento Foods Inc., which was marked as Exhibit 1 to the deposition of plaintiff Patick Calliari. A full and complete copy of the entire SPA and accompanying Schedules is attached as Exhibit A to the Declaration of Brad Fisher Re: Counterclaim Defendants' Motion for Partial Summary Judgment (Doc. 46).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Employment Agreement between Patrick Calliari and Sargento Foods Inc., dated April 30, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter sent to Sargento's corporate counsel from counsel for Calliari and the Shareholders, dated March 28, 2008. This letter was marked as Exhibit 17 to the deposition of plaintiff Patrick Calliari.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter sent to Sargento's corporate counsel from counsel for Calliari, dated April 15, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter sent to Sargento's corporate counsel from counsel for Calliari, dated June 23, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter sent to Sargento's corporate counsel from counsel for Calliari, dated May 23, 2008. This letter was marked as Exhibit 18 to the deposition of plaintiff Patrick Calliari.

///

DECL. OF D. A. LINEHAN IN SUPP. OF SARGENTO'S
MOT. FOR PART. SUMM. J. RE REBUTTABLE
PRESUMPTION (No. 2:08-CV-1111MJP) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

8. Attached hereto as Exhibit 7 is a true and correct copy of pages 122-125 of the transcript of the deposition of plaintiff Patrick Calliari.

DATED this 10th day of August, 2009, at Seattle, Washington.

s/ David A. Linehan
David A. Linehan, WSBA No. 34831

DECL. OF D. A. LINEHAN IN SUPP. OF SARGENTO'S MOT. FOR PART. SUMM. J. RE REBUTTABLE PRESUMPTION (No. 2:08-CV-1111MJP) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 10, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Brad Fisher
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
bradfisher@dwt.com

Michael A. Goldfarb
Felix A. Luna
Peterson Young Putra
1501 4th Avenue, Suite 2800
Seattle, Washington  98101
goldfarb@pypfirm.com
luna@pypfirm.com

Jeffrey S. Miller
Foster Pepper, PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington  98101-3299
milje@foster.com

DATED this 10th day of August, 2009.

By:  s/ David A. Linehan
　　　David A. Linehan, WSBA No. 34831

DECL. OF D. A. LINEHAN IN SUPP. OF SARGENTO'S MOT. FOR PART. SUMM. J. RE REBUTTABLE PRESUMPTION (No. 2:08-CV-1111MJP) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

2429-001 vh100604 8/10/09