Hon. Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK CALLIARI, individually and as Representative of the Former Shareholders of GCI Investments Inc., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SARGENTO FOODS INC.,<br><br>Defendant/ Counterclaim Plaintiff,<br><br>v.<br><br>PATRICK C. CALLIARI, FLORA DAMASIO, ANTOINNE IOANNIDES, ANDREAS IOANNIDES, GAYLE K. GOODRICH, GILLIAN OLSON, RICHARD J. OLSON, and BETTY CROUSE,<br><br>Counterclaim Defendants. | No. 2:08-CV-1111MJP<br>(Consolidated with 2:08-CV-1112MJP)<br><br>DECLARATION OF KARL LINCK IN SUPPORT OF SARGENTO FOODS INC.'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS RELATED TO DAIRY LAWS AND REGULATIONS<br><br>**Noted on Motion Calendar:**<br>**Friday, August 28, 2009**<br><br>**ORDER ON MOTION TO SEAL PENDING** |

I, KARL LINCK, declare under penalty of perjury under the laws of the State of Wisconsin and the United States of America, that the following statements are to the best of my knowledge true and correct:

DECL. OF K. LINCK IN SUPP. OF OPP. TO MOT. FOR PART. SUMM. J. ON CLAIMS RE DAIRY LAWS AND REGS (No. 2:08-CV-1111MJP) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1. I am currently the Vice President Engineering of Sargento Foods Inc., based in Plymouth, Wisconsin. If called to testify, I could and would testify to the facts stated herein.

2. Portionables did not notify Sargento management of the United States Department of Agriculture's ("USDA") October 12, 2007, inspection of Portionables' South Dakota plant until April 2008. Portionables did not do anything in response to the USDA inspection report before the South Dakota Department of Agriculture ("SDDA") became involved in 2008.

3. The equipment at Portionables' South Dakota plant before the acquisition was in all material respects the same equipment that was inspected and found deficient by USDA and SDDA officials in 2007 and 2008.

DATED this 24th day of August, 2009, at Plymouth, Wisconsin.

*Karl Linck*
KARL LINCK

DECL. OF K. LINCK IN SUPP. OF OPP. TO MOT. FOR PART. SUMM. J. ON CLAIMS RE DAIRY LAWS AND REGS (No. 2:08-CV-1111MJP) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## CERTIFICATE OF SERVICE

I certify that on August 24, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Brad Fisher
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
bradfisher@dwt.com

Michael A. Goldfarb
Felix A. Luna
Peterson Young Putra
1501 4th Avenue, Suite 2800
Seattle, Washington 98101
goldfarb@pypfirm.com
luna@pypfirm.com

Jeffrey S. Miller
Foster Pepper, PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
milje@foster.com

DATED this 24th day of August, 2009.

By: s/ David A. Linehan
David A. Linehan, WSBA No. 34281

DECL. OF K. LINCK IN SUPP. OF OPP. TO MOT. FOR PART. SUMM. J. ON CLAIMS RE DAIRY LAWS AND REGS (No. 2:08-CV-1111MJP) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

2429-001 vh243002 8/24/09