UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK CALLIARI, individually and as representative of the Former shareholders of GCI, Investments Inc., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SARGENTO FOODS INC,<br><br>Defendant/Counterclaim Plaintiff,<br><br>PATRICK C. CALLIARI, FLORA DAMASIO, ANTOINNE IOANNIDES, ANDREAS IOANNIDES, GAYLE K. GOODRICH, GILLIAN OLSON, RICHARD J. OLSON, and BETTY CROUSE,<br><br>Counterclaim Defendants. | Case No. C08-1111MJP<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS PATRICK CALLIARI and the Former shareholders of GCI INVESTMENTS, INC. , and on behalf of DEFENDANT SARGENTO FOODS, INC. in the amount of $23,355.20 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   WITNESS FEES | $7,945.70 | 0 | $7,945.70 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II.  DEPOSITION COSTS | $12,545.70 | $4,642.15 | $7,903.55 |

Clerk allowed as taxable costs those expenses incurred for depositions that were actually used by counsel at trial or were designated by counsel for use at trial.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.  COPYING COSTS | $12,651.16 | $5,145.21 | $7,505.95 |

Clerk did not allow costs for copying of discovery materials.

Dated this ____1st____ day of JULY, 2000 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2